AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
DEC 27 2019

United States of America
v.
Qing Fu Zeng

Case No. 19-M-1142

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Qing Fu Zeng, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violation of 18 U.S.C. 545

Date: 12/06/2019

*Issuing officer's signature*

City and state: Brooklyn, NY

Hon. Sanket J. Bulsara
*Printed name and title*

### Return

This warrant was received on *(date)* 12/06/2019, and the person was arrested on *(date)* 12/26/2019
at *(city and state)* Dulles Airport

Date: 12/27/2019

*Arresting officer's signature*

Thomas J. Adamczyk   Special Agent
*Printed name and title*