TYPE OF HEARING: Rule 40
CASE NUMBER: 19mj549
MAGISTRATE JUDGE: John F. Anderson
DATE: 12/27/2019
TIME: 2:00 PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Qing Fu Zeng

GOVT. ATTY: Phil Alito
DEFT'S ATTY: w/out counsel
DUTY AFPD: Geremy Kamens
INTERPRETER/LANGUAGE: Mandarin - Emily Huynh

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION (S) ( )
COURT TO APPOINT COUNSEL (X)    FPD (X)   CJA ( )   Conflict List ( )

Matter set for an identity and DH.

BOND: Deft remanded.

NEXT COURT APPEARANCE: 12/30/19    TIME: 2PM
Identity / DH - IDD

6 min