|  |  |
|---|---|
| | TYPE OF HEARING: Docket Call |
| | CASE NUMBER: 1:19-mj-549 |
| | MAGISTRATE JUDGE: Ivan D. Davis |
| | DATE: 12/30/2019 |
| | TIME: 02:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
| | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

VS.

Qing Fu Zeng

**GOVT. ATTY:** ____Philip Alito_____

**DEFT'S ATTY:** ____Geremy Kamens_____

**DUTY AFPD:** _____

**INTERPRETER:** Mandarin: Judith Shapiro_____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

Matter came on for a detention/identity hearing. Deft stipulates to identity. Deft waives PH/DH in this district.

BOND:

Deft remanded to the custody of the USMS for transport to the Eastern District of New York.

( ) DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE ( ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**