INTERPRETER

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: <u>1:19–mj–00549–IDD</u> All Defendants

| | |
|---|---|
| Case title: USA v. Zeng | Date Filed: 12/27/2019 |

Assigned to: Magistrate Judge Ivan D. Davis

**Defendant (1)**

| | | |
|---|---|---|
| **Qing Fu Zeng** | represented by | **Geremy C. Kamens**<br>Office of Federal Public Defender<br>1650 King St<br>Suite 500<br>Alexandria, VA 22314<br>(703) 600–0800<br>Email: <u>Geremy_Kamens@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Philip Alito**<br>US Attorney's Office (Alexandria–NA)<br>2100 Jamieson Avenue<br>Alexandria, VA 22314 |

\*\*NA\*\*
703–299–3700
Email: philip.alito@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/27/2019 | | 4 | Arrest of Qing Fu Zeng in the Eastern District of Virginia – Alexandria Division. (wgar, ) (Entered: 12/27/2019) |
| 12/27/2019 | | 5 | **MANDARIN Interpreter requested** in case as to Qing Fu Zeng (dest, ) (Entered: 12/27/2019) |
| 12/27/2019 | | 6 | **Interpreter Information: Emily Huynh**– *(Court Interpreter Service)* is the Interpreter. Mandarin is the type of language required. Appointment is set for 12/27/2019 @ 2:00 pm for a Initial Appearance. (dest, ) (Entered: 12/27/2019) |
| 12/27/2019 | 1 | 7 | Arrest Warrant Returned Executed on 12/26/2019 in case as to Qing Fu Zeng. (wgar, ) (Entered: 12/27/2019) |
| 12/27/2019 | 2 | 8 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Initial Appearance in Rule 5(c)(3) Proceedings as to Qing Fu Zeng held on 12/27/2019. US appeared through: Phil Alito. Deft appeared without counsel (Duty FPD – Geremy Kamens present) and with Mandarin interpreter: Emily Huynh. Deft informed of rights, charges, and penalties. Court to appoint counsel. Matter set for an identity and detention hearing. Identity/Detention Hearing set for 12/30/2019 at 02:00 PM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. Deft remanded. (Tape #FTR.)(wgar, ) (Entered: 12/27/2019) |
| 12/27/2019 | | 9 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Qing Fu Zeng – Geremy C. Kamens for Qing Fu Zeng appointed. Entered by Magistrate Judge John F. Anderson on 12/27/2019. (wgar, ) (Entered: 12/27/2019) |
| 12/27/2019 | 3 | 10 | Temporary Detention Order as to Qing Fu Zeng. Signed by Magistrate Judge John F. Anderson on 12/27/2019. (wgar, ) (Entered: 12/27/2019) |
| 12/27/2019 | | 11 | **Interpreter Information: Judith Shapiro** is the Interpreter. Mandarin is the type of language required. Appointment is set for 12/30/2019 @ 2:00 p.m. for a Identity and Detention Hearing. (dest, ) (Entered: 12/27/2019) |
| 12/30/2019 | 4 | 12 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Docket Call as to Qing Fu Zeng held on 12/30/2019. US appeared through: Philip Alito. Deft appeared with counsel: Geremy Kamens and with Mandarin Interpreter: Judith Shapiro. Matter came on for a detention/identity hearing. Deft stipulates to identity. Deft waives PH/DH in this district. Deft remanded to the custody of the USMS for transport to the Eastern District of New York. (Tape #FTR.)(lgue, ) (Entered: 12/31/2019) |
| 12/30/2019 | 5 | 13 | WAIVER of Rule 5 Hearings by Qing Fu Zeng (lgue, ) (Entered: 12/31/2019) |
| 12/30/2019 | 6 | 14 | COMMITMENT TO ANOTHER DISTRICT as to Qing Fu Zeng. Defendant committed to the custody of the USMS for transport to the Eastern District of |

| | | | New York. Signed by Magistrate Judge Ivan D. Davis on 12/30/2019. (lgue, ) (Entered: 12/31/2019) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge John F. Anderson (alison_harmes@vaed.uscourts.gov,
jfa_chambers@vaed.uscourts.gov, john_anderson@vaed.uscourts.gov,
kelly_rondinelli@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9088983@vaed.uscourts.gov
Subject:Activity in Case 1:19-mj-00549-JFAVAED USA v. Zeng Arrest - Rule 5
Content-Type: text/html
```

# U.S. District Court

# Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 12/27/2019 at 12:08 PM EST and filed on 12/27/2019

| | |
|---|---|
| **Case Name:** | USA v. Zeng |
| **Case Number:** | 1:19–mj–00549–JFA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest of Qing Fu Zeng in the Eastern District of Virginia – Alexandria Division. (wgar, )**

**1:19–mj–00549–JFA–1 Notice has been electronically mailed to:**

**1:19–mj–00549–JFA–1 Notice has been delivered by other means to:**

Qing Fu Zeng

Case 1:19-mj-00549-IDD Document 7 Filed 12/27/2019 Page 5 of 14 PageID# 11

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge John F. Anderson (alison_harmes@vaed.uscourts.gov,
jfa_chambers@vaed.uscourts.gov, john_anderson@vaed.uscourts.gov,
kelly_rondinelli@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9089038@vaed.uscourts.gov
Subject:Activity in Case 1:19-mj-00549-JFAVAED USA v. Zeng Interpreter Appointed
```
Content–Type: text/html

# U.S. District Court

### Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 12/27/2019 at 12:22 PM EST and filed on 12/27/2019

**Case Name:** USA v. Zeng
**Case Number:** 1:19–mj–00549–JFA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MANDARIN Interpreter requested in case as to Qing Fu Zeng (dest, )**

**1:19–mj–00549–JFA–1 Notice has been electronically mailed to:**

**1:19–mj–00549–JFA–1 Notice has been delivered by other means to:**

Qing Fu Zeng

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge John F. Anderson (alison_harmes@vaed.uscourts.gov,
jfa_chambers@vaed.uscourts.gov, john_anderson@vaed.uscourts.gov,
kelly_rondinelli@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9089052@vaed.uscourts.gov
Subject:Activity in Case 1:19-mj-00549-JFAVAED USA v. Zeng Interpreter Information
```
Content–Type: text/html

# U.S. District Court

### Eastern District of Virginia –

### Notice of Electronic Filing

The following transaction was entered on 12/27/2019 at 12:25 PM EST and filed on 12/27/2019

| | |
|---|---|
| **Case Name:** | USA v. Zeng |
| **Case Number:** | 1:19–mj–00549–JFA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Interpreter Information: Emily Huynh–** *(Court Interpreter Service)* **is the Interpreter. Mandarin is the type of language required. Appointment is set for 12/27/2019 @ 2:00 pm for a Initial Appearance. (dest, )**


**1:19–mj–00549–JFA–1 Notice has been electronically mailed to:**

**1:19–mj–00549–JFA–1 Notice has been delivered by other means to:**

Qing Fu Zeng

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Qing Fu Zeng | ) | Case No. 19-M-1142 |
| | ) | |
| Defendant | ) | |

F I L E D
DEC 27 2019

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Qing Fu Zeng
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violation of 18 U.S.C. 545

Date: 12/06/2019

*Issuing officer's signature*

City and state: Brooklyn, NY

Hon. Sanket J. Bulsara
*Printed name and title*

### Return

This warrant was received on *(date)* 12/06/2019, and the person was arrested on *(date)* 12/26/2019
at *(city and state)* Dulles Airport

Date: 12/27/2019

*Arresting officer's signature*

Thomas J. Adamczyk, Special Agent
*Printed name and title*

TYPE OF HEARING: Rule 40
CASE NUMBER: 19mj549
MAGISTRATE JUDGE: John F. Anderson
DATE: 12/27/2019
TIME: 2:00 PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Qing Fu Zeng

GOV'T ATTY: Phil Alito
DEFT'S ATTY: w/out counsel
DUTY AFPD: Geremy Kamens
INTERPRETER/LANGUAGE: Mandarin - Emily Huynh

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION (S) ( )
COURT TO APPOINT COUNSEL (X)   FPD (X)  CJA ( )  Conflict List ( )

Matter set for an identity and DH.

BOND: Deft remanded.

NEXT COURT APPEARANCE: 12/30/19   TIME: 2PM
Identity/DH - IDD

6 min

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Geremy C. Kamens (geremy_kamens@fd.org, vaeaxecf@fd.org), Philip
Alito (philip.alito@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov), Magistrate Judge John F.
Anderson (alison_harmes@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov, kelly_rondinelli@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9089448@vaed.uscourts.gov
Subject:Activity in Case 1:19-mj-00549-JFAVAED USA v. Zeng Order Appointing Public
Defender
```
Content−Type: text/html

# U.S. District Court

# Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 12/27/2019 at 2:59 PM EST and filed on 12/27/2019

**Case Name:** USA v. Zeng
**Case Number:** 1:19−mj−00549−JFA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Qing Fu Zeng – Geremy C. Kamens for Qing Fu Zeng appointed. Entered by Magistrate Judge John F. Anderson on 12/27/2019. (wgar, )**

**1:19−mj−00549−JFA−1 Notice has been electronically mailed to:**

Geremy C. Kamens &nbsp &nbsp Geremy_Kamens@fd.org, vaeaxecf@fd.org

Philip Alito &nbsp &nbsp philip.alito@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov

**1:19−mj−00549−JFA−1 Notice has been delivered by other means to:**

Qing Fu Zeng

Case 1:19-mj-00549-IDD Document 3 Filed 12/27/19 Page 1 of 1 PageID# 16

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT


DEC 27 2019

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Qing Fu Zeng

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 1:19mj549

Upon motion of the United States Government, it is hereby ORDERED that a detention hearing is set for 12/30/19 at 2pm before the Honorable Ivan D. Davis, United States Magistrate Judge in Courtroom 301
<sub>Judicial Officer</sub>

located at 401 Courthouse Square, Alexandria, Virginia. Pending this hearing, the
<sub>Location of Judicial Officer</sub>

defendant shall be held in custody by the United States Marshal

(_____) and produced for the hearing.
<sub>Other Custodial Official</sub>

Date: Dec. 27, 2019

/s/
John F. Anderson
United States Magistrate Judge

\*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
　　A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Geremy C. Kamens (geremy_kamens@fd.org, vaeaxecf@fd.org), Philip
Alito (philip.alito@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov), Magistrate Judge Ivan D.
Davis (brittni_hamilton@vaed.uscourts.gov, idd_chambers@vaed.uscourts.gov,
ivan_d_davis@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9089648@vaed.uscourts.gov
Subject:Activity in Case 1:19-mj-00549-IDDVAED USA v. Zeng Interpreter Information
```
Content−Type: text/html

# U.S. District Court

# Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 12/27/2019 at 4:08 PM EST and filed on 12/27/2019

| | |
|---|---|
| **Case Name:** | USA v. Zeng |
| **Case Number:** | <u>1:19−mj−00549−IDD</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Interpreter Information: Judith Shapiro is the Interpreter. Mandarin is the type of language required. Appointment is set for 12/30/2019 @ 2:00 p.m. for a Identity and Detention Hearing. (dest, )**


**1:19−mj−00549−IDD−1 Notice has been electronically mailed to:**

Geremy C. Kamens &nbsp &nbsp Geremy_Kamens@fd.org, vaeaxecf@fd.org

Philip Alito &nbsp &nbsp philip.alito@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov

**1:19−mj−00549−IDD−1 Notice has been delivered by other means to:**

|  |  |
|---|---|
|  | TYPE OF HEARING: Docket Call |
|  | CASE NUMBER: 1:19-mj-549 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 12/30/2019 |
|  | TIME: 02:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
|  | DEPUTY CLERK: Laura Guerra |
| UNITED STATES OF AMERICA |  |

VS.

Qing Fu Zeng

**GOVT. ATTY:** ____Philip Alito_____

**DEFT'S ATTY:** ____Geremy Kamens_____

**DUTY AFPD:** _____

**INTERPRETER:** Mandarin: Judith Shapiro____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( )   FPD ( ) CJA ( ) Conflict List ( )

Matter came on for a detention/identity hearing. Deft stipulates to identity. Deft waives PH/DH in this district.

BOND:

Deft remanded to the custody of the USMS for transport to the Eastern District of New York.

( )  DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE (  ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:19-MJ-435 |
| QING FU ZENG ) | |
| ) | Charging District's Case No. 19-M-1142 |
| *Defendant* ) | |

DEC 3 0 2019

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Dec 30 2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Geremy C. Kamens
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| QING FU ZENG | ) | Case No. 1:19-MJ-549 |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. 19-M-1142 |

DEC 30 2019

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Eastern__ District of __New York__, *(if applicable)* __NA__ division. The defendant may need an interpreter for this language: __Mandarin__.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 12/30/19

/s/
Ivan D. Davis
United States Magistrate Judge